UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CV-00035-FL

| | |
|---|---|
| DEFENDERS OF WILDLIFE and NATIONAL WILDLIFE REFUGE ASSOCIATION, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; EUGENE A. CONTI, JR., Secretary, North Carolina Department of Transportation, ) ) ) ) ) | ORDER RE: CONSENT MOTION TO LODGE ADMINISTRATIVE RECORD ON PORTABLE HARD DRIVE |
| State Defendants, ) ) | |
| and ) ) | |
| FEDERAL HIGHWAY ADMINISTRATION; JOHN F. SULLIVAN, III, Division Administrator, Federal Highway Administration, North Carolina Division Office, ) ) ) ) ) ) ) | |
| Federal Defendants. ) | |

Upon consideration of Federal Defendants' Consent Motion to Lodge the Administrative Record on Porta ble Hard Drive, and for good cause shown, it is hereby ordered that Federal Defendants shall provide the Court and parties with a copy of the record on a Portable Hard Drive. SO ORDERED this the 27th day of January, 2012.

_____
Louise W. Flanagan
United States District Court Judge