FILED: August 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2215
(2:11-cv-00035-FL)
(2:12-mc-00001-FL)

_____

DEFENDERS OF WILDLIFE; NATIONAL WILDLIFE REFUGE ASSOCIATION

      Plaintiffs - Appellants

v.

NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; ANTHONY J. TATA, Secretary, North Carolina Department of Transportation; FEDERAL HIGHWAY ADMINISTRATION; JOHN F. SULLIVAN, III

      Defendants - Appellees

  and

CAPE HATTERAS ELECTRIC MEMBERSHIP CORPORATION

      Intervenor/Defendant – Appellee

_____
## JUDGMENT
_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK