IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE and NATIONAL WILDLIFE REFUGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION; JOHN F. SULLIVAN, III, Division Administrator, Federal Highway Administration; and ANTHONY J. TATA, Secretary, North Carolina Department of Transportation,<br><br>Defendants,<br><br>and<br><br>CAPE HATTERAS ELECTRIC MEMBERSHIP CORPORATION,<br><br>Intervenor-Defendant. | No. 2:11-cv-35-FL |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiffs, Defenders of Wildlife and the National Wildlife Refuge Association (the "Conservation Groups"), Defendants, the North Carolina Department of Transportation ("NCDOT"), NCDOT Secretary Anthony J. Tata, the Federal Highway Administration ("FHWA"), FHWA North Carolina Division Administrator John F. Sullivan, and Intervenor-Defendant, Cape Hatteras Electric Membership Corporation ("Intervenor-Defendant") (collectively "the Parties"), hereby stipulate to dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties stipulate as follows:

1) The Conservation Groups challenged the FHWA's December 20, 2010 Record of Decision for the Bonner Bridge project under the National Environmental Policy Act of 1969, 42 U.S.C. § 4321-4347, and Section 4(f) of the Department of Transportation Act. Dkt. 1.

2) This Court entered summary judgment in favor of Defendants on September 16, 2013. Dkt 99. Plaintiffs appealed from that decision to the U.S. Court of Appeals for the Fourth Circuit. The Fourth Circuit affirmed in part, reversed in part and remanded to this Court. *Defenders of Wildlife v. NCDOT*, 762 F.3d 374 (4th Cir. 2014).

3) The Parties subsequently entered into confidential settlement negotiations and reached an out of court settlement. A copy of the Settlement Agreement is attached to this dismissal solely to provide notice of the settlement but for no other purpose. The Parties agree that this matter is dismissed without any further judicial review.

4) The Settlement Agreement sets forth certain obligations to be accomplished by Defendant NCDOT prior to dismissal of this case. The Defendant NCDOT represents and all Parties, including Plaintiffs, agree that NCDOT has now fulfilled all of those obligations.

Therefore, the Parties jointly stipulate to voluntarily dismiss the above captioned case with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), no judicial action is required.

Respectfully submitted this 11th day of August, 2015.

    /s/ Derb S. Carter
Derb S. Carter
  N.C. State Bar No. 10644
  derbc@selcnc.org
Nicholas S. Torrey
  N.C. State Bar No. 43382
  ntorrey@selcnc.org
Kimberley Hunter
  N.C. State Bar No. 41333
  khunter@selcnc.org
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Tel: (919) 967-1450
Fax: (919) 929-9421
*Attorneys for Plaintiffs*


    /s/ Scott T. Slusser
Scott T. Slusser
Special Deputy Attorney General
N.C. State Bar No. 24527
sslusser@ncdoj.gov
Thomas D. Henry
Assistant Attorney General
N.C. Bar No. 33431
thenry@ncdoj.gov
North Carolina Department of Justice
1 South Wilmington Street
Raleigh, NC 27601
Tel:    (919) 707-4480
Fax:   (919) 733-9329
*Attorneys for North Carolina Department of Transportation and Secretary Anthony J. Tata*


United States Attorney
Matthew L. Fesak
Assistant United States Attorney
Civil Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461

Tel: (919) 856-4530
Fax: (919) 856-4821
Email: matthew.fesak@usdoj.gov
NC Bar No. 35276


/s/ Cynthia S. Huber
Cynthia S. Huber
Assistant Section Chief
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5273
Fax: (202) 353-0506
cynthia.huber@usdoj.gov
*Attorneys for Federal Defendants*


/s/ Wyatt M. Booth
Wyatt M. Booth
Vandeventer Black LLP
P.O. Box 2599
Raleigh, NC 27602-2599
Tel: (919) 754-1171
Fax: (919) 754-1317
*Counsel for Intervenor*

4

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Joint Stipulation of Voluntary Dismissal With Prejudice with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following:

Scott T. Slusser
Thomas D. Henry, II
Colin A. Justice
North Carolina Department of
Justice, Transportation Section
1505 Mail Service Center
Raleigh, NC 27699-1505
*Counsel for State Defendants*

Matthew Lee Fesak
Assistant U.S. Attorney for the
Eastern District of North Carolina,
Civil Division
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC 27601-1461
*Counsel for Federal Defendants*

Cynthia Huber
U.S. Department of Justice
Environment & Natural Resources
Division
P.O. Box 7611
Washington, DC 20044-7611
*Counsel for Federal Defendants*

Norman W. Shearin
David P. Ferrell
Wyatt Booth
Vandeventer Black LLP
P.O. Box 2599
Raleigh, NC 27602-2599
*Counsel for Intervenor*

Patrick A. Genzler
Vandeventer Black LLP
101 West Main Street
500 World Trade Center
Norfolk, VA 23510
*Counsel for Intervenor*

This 11th day of August, 2015.

/s/ Nicholas S. Torrey
Nicholas S. Torrey
N.C. State Bar No. 43382
SOUTHERN ENVIRONMENTAL LAW CENTER
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Telephone: (919) 967-1450
*ntorrey@selcnc.org*
*Attorney for Plaintiffs*